IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

UNITED STATES OF AMERICA v. DAKOTA JAMES CALDERHEAD   CASE NO.: 1:12-00011

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## RELEASE ORDER AND CONDITIONS OF RELEASE

☒ Defendant is released on his/her own recognizance, no appearance bond shall be posted, and the following statutorily required standard conditions of release are hereby imposed:

☐ Defendant shall be released on a non-surety bond in the amount of _____, no security or monies shall be required for defendant to be released, and the following conditions of release are hereby imposed:

☐ Defendant shall be released on a non-surety bond in the amount of _____, cash in the amount of _____ shall be posted to the Clerk of Court, or such other security as listed below, and the following conditions of released are hereby imposed:

☐ Defendant shall be released on a surety bond as described below:

☐ Defendant shall remain on the conditions of supervised release that have been previously imposed by the District Judge. In addition, defendant shall abide by the following conditions:

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**WHILE ON RELEASE, I FULLY UNDERSTAND:**

1) I must be in Court each and every time I am instructed to be there, and surrender to serve any sentence imposed.

2) I cannot intimidate or harass any witness, victim, informant, juror or officer of the Court; I cannot obstruct any criminal investigation.

3) I must not violate any local, state or federal law. If I do, I could be punished by as much as from 90 days to 10 years imprisonment in addition to the penalty provided for the offense committed.

Page 1 of 3

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

UNITED STATES OF AMERICA v. DAKOTA JAMES CALDERHEAD          CASE NO.: 1:12-00011

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

4) If I violate any condition of release, a warrant for my arrest could be issued, ~~any bond I signed may be forfeited~~, and new bonds with additional conditions, or my detention until trial, could be ordered by the Court, and I could be held in contempt of Court.

5) If I fail to appear at any proceeding in this case or I fail to surrender to serve any sentence imposed, I could be charged and convicted of bail jumping which is punishable by, in some cases, as much as 10 years imprisonment and/or a fine, in addition to any other punishments imposed in the original case.

6) ~~I may not change my address or move without permission of the Court. My correct address has been provided to Pretrial Services.~~

7) This special condition or conditions:

   A. _None_

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

UNITED STATES OF AMERICA v. DAKOTA JAMES CALDERHEAD          CASE NO.: 1:12-00011

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**I acknowledge I have read this Order. I understand that I will receive a copy of it and any Appearance Bond that the Court has ordered at the conclusion of this hearing.**

Date: December 5, 2012                    X _____
                                            **Defendant**

It is ORDERED that the conditions listed above are imposed. 18 U.S.C. § 3142.

_____
UNITED STATES MAGISTRATE JUDGE

The **Middle District of Tennessee** consists of the following counties: Cannon, Cheatham, Clay, Cumberland, Davidson, DeKalb, Dickson, Fentress, Giles, Hickman, Houston, Humphreys, Jackson, Lawrence, Lewis, Macon, Marshall, Maury, Montgomery, Overton, Pickett, Putnam, Robertson, Rutherford, Smith, Stewart, Sumner, Trousdale, Wayne, White, Williamson and Wilson.

*The following are pertinent Middle District of Tennessee numbers (Area Code 615):*
    U.S. Magistrate Judge Juliet Griffin    - 736-5164
    U.S. Magistrate Judge Joe B. Brown    - 736-7052
    U.S. Magistrate Judge E. Clifton Knowles    - 736-7347
    U.S. Magistrate Judge John S. Bryant    - 736-5878
    Clerk of Court    - 736-5498
    U.S. Marshal    - 736-5417
    U.S. Attorney    - 736-5151
    U.S. Probation    - 736-5771
    Federal Public Defender    - 736-5047

The United States District Court in **Nashville** is located in the United States Courthouse, 801 Broadway, at the corner of Eighth and Broad. The Court in **Cookeville** is located at 9 East Broad Street. The Court in **Columbia** is located at 816 South Garden Street.