# UNITED STATES DISTRICT COURT

__MIDDLE__ DISTRICT OF __TENNESSEE__

UNITED STATES OF AMERICA

V.

DAKOTA JAMES CALDERHEAD

**WAIVER OF INDICTMENT**

CASE 1:12-00011

I, __Dakota James Calderhead__, the above named defendant, who is accused of

violating Title 18 United States Code Section 241, Conspiracy against rights

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __December 5, 2012__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

*Date*

_____
*Defendant*

_____
*Counsel for Defendant*

Before _____
*Judicial Officer*