UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF TENNESSEE

NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 1:12-00011-1 |
| v. | ) | |
| | ) | JUDGE CAMPBELL |
| DAKOTA JAMES CALDERHEAD | ) | |

**POSITION OF THE GOVERNMENT WITH RESPECT TO SENTENCING FACTORS**

COMES NOW the United States of America by and through Assistant United States Attorney Harold B. McDonough, and states it has no objection to the facts contained in the Presentence Investigation Report or to the guideline calculations contained in the report dated July 23, 2013.

    Respectfully submitted,

    DAVID A. RIVERA
    ACTING UNITED STATES ATTORNEY

BY:    s/Harold B. McDonough
    HAROLD B. McDONOUGH
    Assistant United States Attorney
    110 9th Avenue, South, Suite A-961
    Nashville, TN   37203-3870
    Phone: (615) 736-5151

# CERTIFICATE OF SERVICE

       I certify that a true and correct copy of the foregoing Position of the Government with Respect to Sentencing Factors was sent this 14th day of August, 2013, via the Court's electronic filing system to the following:

James O. Martin , III
Bell, Tennent & Frogge, PLLC
Bank of America Plaza
414 Union Street
Suite 904
Nashville, TN 37219

and via email to:

    Adam Hersh
    U. S. Probation Officer
    110 9th Avenue South – Suite A-725
    Nashville, TN 37203-3899


                                                 s/Harold B. McDonough
                                                 HAROLD B. McDONOUGH, JR.
                                                 Assistant United States Attorney