IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

UNITED STATES OF AMERICA    )
                                 )
vs.                           )  Case No. 1:12-11
                                 )
DAKOTA JAMES CALDERHEAD and  )
KRISTIAN CHANCELOR MATHIS    )

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

BEFORE THE HONORABLE TODD J. CAMPBELL, DISTRICT JUDGE

TRANSCRIPT

OF

PROCEEDINGS

May 14, 2013

Plea Hearing

Excerpt

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:


    For the Government:      Mr. Harold B. McDonough, Jr.
                         Asst. U.S. Attorney
                         110 Ninth Avenue S., Suite A961
                         Nashville, TN 37203

                         Mr. Ryan J. Murguia
                         U.S. Dept. Of Justice
                         Civil Rights Division
                         950 Pennsylvania Avenue N.W.
                         PHB - 5535
                         Washington, DC 20530


PREPARED BY:
                         CATHY B. LEIGH, RDR, CRR
                         Official Court Reporter
                         801 Broadway, Room A839
                         Nashville, TN 37203
                         (615) 512-7544

```
1   APPEARANCES (Continued):

2       For Defendant
        Calderhead:              Mr. James O. Martin, III
3                                Attorney at Law
                                 414 Union Street, Suite 904
4                                Nashville, TN 37219

5       For Defendant Mathis:    Mr. David Baker
                                 Asst. Federal Public Defender
6                                810 Broadway, Suite 200
                                 Nashville, TN 37203

7   -----------------------------------------------------------

8

9                            I N D E X

10                                                        Page

11                       GOVERNMENT'S PROOF

12

    BRIAN FAZENBAKER:
13      Direct Testimony                                   3

14

15

16

17

18

19

20

21

22

23

24

25
```

1        The above-styled cause came on to be heard on May

2  14, 2013, before the Honorable Todd J. Campbell, District

3  Judge.  The proceedings continued, to-wit:

4        THE COURT:  Mr. McDonough.

5        MR. McDONOUGH:  Your Honor, Mr. Fazenbaker will

6  give the statement of facts.

7        THE COURT:  Thank you, sir.

8                  BRIAN FAZENBAKER

9  was called, and being first duly sworn, testified as follows:

10                DIRECT TESTIMONY

11        THE COURT:  Mr. Fazenbaker, just for the

12  convenience of all concerned, is your statement substantially

13  similar to what is in the plea agreement?

14        THE WITNESS:  Yes, Your Honor.

15        THE COURT:  So the lawyers will be able to follow

16  along with their copies.

17        THE WITNESS:  On December 30th, 2011, Defendants

18  Kristian Chancelor Mathis and Dakota James Calderhead met at

19  Mathis' home in Spring Hill, Tennessee.  As Mathis and

20  Calderhead walked back to Calderhead's home, the two

21  discussed vandalizing homes in the Spring Lake subdivision.

22  In furtherance of their plan to vandalize, Mathis and

23  Calderhead entered an open garage where they found and stole

24  a can of red spray paint.  Calderhead proceeded to spray the

25  driveway of the residence from which the spray paint was

1   stolen.  As Mathis and Calderhead continued walking,

2   Calderhead spotted a Cadillac and announced that

3   African-Americans must live at that residence because

4   African-Americans drive Cadillacs.  Mathis proceeded to spray

5   paint the word *niggers* on the driveway.  Mathis also drew a

6   swastika on the driveway.  At the same residence, Calderhead

7   created a noose from loose rope and placed the noose on the

8   windshield of the Cadillac.  Mathis suggested that the noose

9   belonged in the tree and proceeded to hang the noose from a

10  tree outside the residence.

11          Afterwards, Calderhead indicated that he knew of

12  another African-American woman who resided in the

13  subdivision, and both Mathis and Calderhead walked towards

14  her residence.  On the way to the residence, Calderhead

15  created a second noose and decided to hang it from the

16  driver's side rear view mirror of the school bus located in

17  the front of the residence.  Mathis assisted Calderhead in

18  lifting him to reach the mirror.

19          Defendants Mathis and Calderhead fully understand

20  the meaning of the word *nigger*, the swastika symbol, and the

21  noose.  Defendants Mathis and Calderhead further admitted

22  that their acts of vandalism were intimidating and motivated,

23  in part, by the perceived race, color, or ethnicity of the

24  victim.

25          THE COURT:  Mr. McDonough, any questions of the

1  witness?

2          MR. McDONOUGH:  No, Your Honor.

3          THE COURT:  Mr. Martin, any questions of the

4  witness?

5          MR. MARTIN:  No, Your Honor.

6          THE COURT:  Mr. Baker, any questions of the

7  witness?

8          MR. BAKER:  I think I have a question.

9          THE COURT:  Okay.  Take your time.

10                      CROSS-EXAMINATION.

11  BY MR. BAKER:

12  Q.   Agent Fazenbaker, Mr. Calderhead and Mr. Mathis prior to

13  obtaining the spray paint broke some lights that were on the

14  driveways of some other houses; isn't that true?

15  A.   Yes, sir.

16  Q.   And these were houses that were not lived in by people

17  who are of any racial minority?

18  A.   Not to my knowledge, correct.

19  Q.   White people?

20  A.   I believe so, yes, sir.

21  Q.   And they went to the house where they took the spray

22  paint, they spray painted a smiley face and a swastika in

23  that driveway?

24  A.   Yes, sir.

25  Q.   And those people are not of a racial or religious

1  minority?

2  A.    I believe they are white.

3  Q.    And they are not Jewish either?

4  A.    No, sir.

5           MR. BAKER:  That's all the questions I have, Your

6  Honor.

7           THE COURT:  Okay.  Any other questions for Agent

8  Fazenbaker by anybody?

9           MR. McDONOUGH:  No, Your Honor.

10          THE COURT:  Okay, thank you, sir.

11           (Witness excused.)

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                      REPORTER'S CERTIFICATE

 2

 3            I, Cathy B. Leigh, Official Court Reporter for the

 4    United States District Court for the Middle District of

 5    Tennessee, with offices at Nashville, do hereby certify:

 6            That I reported on the Stenograph machine the

 7    proceedings held in open court on May 14, 2013, in the matter

 8    of UNITED STATES OF AMERICA vs. DAKOTA JAMES CALDERHEAD and

 9    KRISTIAN CHANCELOR MATHIS, Case No. 1:12-11; that an excerpt

10    of said proceedings in connection with the hearing was

11    reduced to typewritten form by me; and that the foregoing

12    transcript (pages 1 through 6) is a true and accurate record

13    of said portion of the proceedings.

14            This the 15th day of August, 2013.

15

16                                  /s/ Cathy B. Leigh
                                    Cathy B. Leigh, RDR, CRR
17                                  Official Court Reporter

18

19

20

21

22

23

24

25
```