PROB 12A
(Revised 5/2011)

# United States District Court
for
## Middle District of Tennessee

## Report on Offender Under Supervision

Name of Offender: <u>Dakota James Calderhead</u>  Case Number: <u>1:12-00011-01</u>

Name of Sentencing Judicial Officer: <u>Honorable Todd J. Campbell, U.S. District Judge</u>

Date of Original Sentence: <u>August 23, 2013</u>

Original Offense: <u>18 U.S.C. § 241 Conspiracy to Violate Civil Rights</u>

Original Sentence: <u>Six months' custody followed by two years' supervised release</u>

Type of Supervision: <u>Supervised Release</u>  Date Supervision Commenced: <u>January 24, 2014</u>

Assistant U.S. Attorney: <u>Harold B. McDonough, Jr.</u>  Defense Attorney: <u>James O. Martin, III</u>

---

**THE COURT ORDERS:**

☒ No Action
☐ The Issuance of a Warrant
    ☐ Sealed Pending Warrant Execution
        (cc: U.S. Probation and U.S. Marshal only)
☐ The Issuance of a Summons
☐ Other

I declare under penalty of perjury
that the foregoing is true and correct.
Respectfully submitted,

_____
Kara Sanders
U.S. Probation Officer

Considered this <u>12</u> day of <u>Feb</u>, 20<u>14</u>,
and made a part of the records in the above case.

_____
Todd J. Campbell
U.S. District Judge

Place   Nashville, Tennessee

Date    February 12, 2014

## ALLEGED VIOLATIONS

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation No.    Nature of Noncompliance

1. **The defendant shall not purchase, possess, use, distribute, or administer any controlled substance, except as prescribed by a physician.**

    On January 27, 2014, Mr. Calderhead tested positive for marijuana. He admitted he used marijuana on January 23, 2014, prior to his release from the Bureau of Prisons. He reports no additional illegal drug use since his release on January 24, 2014.

**Compliance with Supervision Conditions and Prior Interventions:**

Mr. Calderhead began his term of supervised release on January 24, 2014. His supervision is scheduled to expire on January 23, 2016.

Upon release from custody Mr. Calderhead was homeless and the Court modified his conditions of supervision to allow him to reside at Diersen Charities in lieu of the home confinement condition. Mr. Calderhead entered Diersen Charities on January 28, 2014.

It should be noted that Mr. Calderhead received mental health medication while incarcerated and the Bureau of Prisons released him with no supply of mental health medication. He is currently awaiting an assessment to begin substance abuse and mental health treatment and restart his medication.

**U.S. Probation Officer Recommendation:**

It is respectfully recommended that no action be taken at this time and Mr. Calderhead be allowed to continue to take advantage of substance abuse and mental health treatment and continue on supervision. However, these violations may be considered in the future, if necessary. Any future violations or positive drug tests will be promptly reported to the Court.

The U.S. Attorney's Office has been notified of the probation officer's recommendation.

Approved:

_____
Britton Shelton
Supervisory U.S. Probation Officer