UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal Case No. 1:12-00011-1 |
| ) | |
| DAKOTA CALDERHEAD ) | |

## O R D E R

The Defendant, Dakota Calderhead, appeared before the Court on April 30, 2014, pursuant to a summons regarding alleged violations of his supervised release. Defendant was advised of his right to a Revocation Hearing and other rights incident to the Revocation Hearing. The Office of the Federal Public Defender was previously appointed to represent him.

Defendant shall remain on release pending the Revocation Hearing on the same conditions previously imposed on August 23, 2013.

IT IS SO ORDERED.

_____
E. CLIFTON KNOWLES
United States Magistrate Judge