UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | No. 1:12-00011 |
| | ) | JUDGE CAMPBELL |
| DAKOTA JAMES CALDERHEAD | ) | |

ORDER

Pending before the Court is the Government's Motion To Appear As Co-Counsel (Docket No. 80). The Motion is GRANTED.

It is so ORDERED.

*Todd Campbell*
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE