# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __TENNESSEE__

UNITED STATES OF AMERICA
**V.**

DAKOTA JAMES CALDERHEAD

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)

Case Number: 1:12-00011
USM Number: 21457-075

Caryll S. Alpert
Defendant's Attorney

**THE DEFENDANT:**

X admitted guilt to violation of condition(s) __One (1) through Seven (7)__ of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Defendant shall participate and successfully complete a residential reentry center (RRC) placement not to exceed 180 days as directed by the Probation Officer. While participating in the RRC placement, the Defendant shall obtain gainful employment and establish a savings account. | 3/21/14 |
| 2 | Defendant shall participate in a mental health program as directed by the Probation Officer. | 3/27/14 |
| 3 | Defendant shall not commit another federal, state or local crime | 4/24/14 |
| 4 | Defendant shall reside in the evenings at the Nashville Rescue Mission | 4/28/14 |
| 5 | Defendant shall report to the Probation Officer in a manner and frequency directed by the Court or Probation Officer | 5/13/14 |
| 6 | Defendant shall not leave the judicial district without the permission of the Court or the Probation Officer. | 5/16/14 |
| 7 | Defendant shall not commit another federal, state or local crime | 5/18/14 |

Alleged violation number 8 is DISMISSED by agreement of the parties.

The defendant is sentenced as provided in pages 1 and 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No. __7154__

Defendant's Year of Birth: __1992__

City and State of Defendant's Residence:
__Nashville, Tennessee__

July 25, 2014
Date of Imposition of Judgment

*Todd Campbell*
Signature of Judge

Todd J. Campbell, United States District Judge
Name and Title of Judge

July 25, 2014
Date

DEFENDANT: DAKOTA JAMES CALDERHEAD  Judgment — Page 2 of 2
CASE NUMBER: 1:12-00011

## IMPRISONMENT

The Defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: <u>eight (8) months</u>

No period of Supervised Release is imposed.

\_\_\_\_ The Court makes the following recommendations to the Bureau of Prisons:

__X__ The Defendant is remanded to the custody of the United States Marshal.

\_\_\_\_ The Defendant shall surrender to the United States Marshal for this District:

    \_\_\_\_ at _____ p.m. on _____

    \_\_\_\_ as notified by the United States Marshal.

\_\_\_\_ The Defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons.

    \_\_\_\_ before 2 p.m. on _____

    \_\_\_\_ as notified by the United States Marshal.

    \_\_\_\_ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this Judgment as follows:

_____
_____
_____

Defendant delivered on _____ to _____
a _____ with a certified copy of this Judgment.

_____
United States Marshal

By: _____
Deputy United States Marshal